

**SEALED**

FILED

May 7, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        RR
                                    Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **Case No: SA:25-CR-00247-FB** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **I N D I C T M E N T** |
| | § | **Ct 1: 18 U.S.C. §922(a)(6) and 2** |
| | § | **False Statement During Purchase of** |
| **(1) CAMEREN LOVE** | § | **Firearm; Aiding and Abetting** |
| **(2) TYLYR MAXWELL** | § | |
| | § | **Ct 2: 18: U.S.C. § 924(a)(1)(A) and 2** |
| Defendants. | § | **False Statement While Purchasing** |
| | § | **Firearms; Aiding & Abetting** |
| | § | |
| | § | **Ct 3: 18 U.S.C. § 922(n)** |
| | § | **Receiving a Firearm Under Indictment** |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**[18 U.S.C. §922(a)(6) and 2]**

From on or about February 12, 2025, through February 27, 2025, within the Western District of Texas, Defendants,

**(1) CAMEREN LOVE, and
(2) TYLYR MAXWELL**

aided and abetted by each other, in connection with the acquisition of at least firearm, to wit: three Romarm/Cugir Micro Draco 7.62 caliber pistols, serial numbers 24PMD-61768, 24PMD-62159, and 24PMD-60980, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that **(2) TYLYR MAXWELL** represented she was the actual buyer of the firearms

1

indicated on the form 4473; whereas in truth and in fact **(2) TYLYR MAXWELL** was purchasing one or more firearms for and on behalf of **(1) CAMEREN LOVE**, in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT TWO
**[18 U.S.C. § 924(a)(1)(A) and 2]**

From on or about February 12, 2025, through February 27, 2025, within the Western District of Texas, Defendants,

**(1) CAMEREN LOVE, and**
**(2) TYLYR MAXWELL**

aided and abetted by each other, in connection with and during the purchase or acquisition of one or more firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of a firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, in that **(2) TYLYR MAXWELL** did execute Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record, certifying that she was the actual buyer of the firearms indicated on the form 4473; whereas in truth and in fact **(2) TYLYR MAXWELL** was purchasing one or more firearms for and on behalf of **(1) CAMEREN LOVE**, in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT THREE
**[18 U.S.C. §922(n)]**

On or about February 27, 2025, within the Western District of Texas, Defendant,

**(1) CAMEREN LOVE**

knowing he was under indictment for a crime punishable by imprisonment for a term exceeding

one year, did willfully receive at least one firearm, to wit: three Romarm/Cugir Micro Draco 7.62 caliber pistols, serial numbers 24PMD-61768, 24PMD-62159, and 24PMD-60980, said firearms having been shipped and transported in interstate and commerce, in violation of Title 18, United States Code, Section 922(n).

A TRUE BILL,

███████████████████████████████

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _____
For Sarah Wannarka
Assistant U.S. Attorney